IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil Action No.: 1:05-CV-318

| | |
|---|---|
| JEAN RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BLUE RIDGE HEALTHCARE SYSTEMS, INC., LIFE INSURANCE COMPANY OF NORTH AMERICA, AND CIGNA CORPORATION, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

On the Motion of Defendant, Life Insurance Company of North America ("LINA") for extension of time to file their answer or otherwise respond in the above captioned action and with consent of Plaintiff Jean Rhodes, it is hereby ordered that the Answer filed by Defendant LINA shall be deemed timely filed as of the date of the entry of this Order.

1095598 v 1

**Signed: December 5, 2005**

_____
Dennis L. Howell
United States Magistrate Judge

1095598 v 1